**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 08-6409**

───────────────

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

PERNELL SHANNON, a/k/a Junior,

             Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (6:02-cr-01360-HMH-5)

───────────────

Submitted:  July 22, 2008          Decided:  July 25, 2008

───────────────

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Pernell Shannon, Appellant Pro Se. Elizabeth Jean Howard, Assistant
United States Attorney, Greenville, South Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pernell Shannon appeals the district court's order denying his 18 U.S.C. § 3582 (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Shannon</u>, No. 6:02-cr-01360-HMH-5 (D.S.C. Mar. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>